FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
The Primadonna Company, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON STAHL, an individual, SEAN PAGE, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THE PRIMADONNA COMPANY, LLC, dba PRIMM VALLEY RESORT AND CASINO,<br><br>　　　　　　Defendant. | Case No.: 2:20-cv-01952-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO RESPONSE TO MOTION TO DISMISS**<br><br>**(First Request)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including March 12, 2021 to file a reply to Plaintiff's Response to Motion to Dismiss (ECF No. 11). Defendant's Motion to Dismiss (ECF No. 8) was filed February 12, 2021.  Defendant needs additional time because of other deadlines and matters scheduled for this week including depositions and an Early Neutral Evaluation.   This is the first request for an

- 1 -

FP 39863968.1

1 | extension of this deadline.

2 | FISHER & PHILLIPS                                   MULLINS & TRENCHAK

4 | By: _/s/_ Scott M. Mahoney, Esq._                   By: _/s/_ Philip J. Trenchak, Esq._
Scott M. Mahoney, Esq.                                  Philip J. Trenchak, Esq.
5 | 300 S. Fourth Street #1500                          1614 S. Maryland Pkwy
Las Vegas. NV 89101                                     Las Vegas, NV 89104
6 | Attorney for Defendants                             Attorney for Plaintiff

7 | IT IS SO ORDERED:

8 | Dated this  3  day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

FP 39863968.1