# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNON STAHL, an individual, SEAN PAGE, an individual,

    Plaintiffs,

vs.

THE PRIMADONNA COMPANY, LLC, dba PRIMM VALLEY RESORT AND CASINO,

    Defendant.

Case No.: 2:20-cv-01952-GMN-DJA

**ORDER TO EXTEND TIME TO FILE DISMISSAL**

**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that the parties will have an extension of time up to and including July 2, 2021 to file a Stipulation and Order for Dismissal. Defense counsel drafted two Settlement Agreements, obtained information regarding payment from Plaintiff's counsel, got approval from Defendant's in-house counsel, and sent the documents to Plaintiff's counsel on May 27. The agreements provide for payment within 10 days of the return of the executed documents and W-9 forms. The form of Settlement Agreement is

- 1 -

acceptable, but Plaintiffs have recently both been in remote locations and unable to immediately sign. This is the first request for an extension of this deadline.

Dated this 7th day of June, 2021.

| FISHER & PHILLIPS | MULLINS & TRENCHAK |
|---|---|
| By: /s/ Scott M. Mahoney, Esq. | By: /s/ Philip J. Trenchak, Esq. |
| Scott M. Mahoney, Esq. | Philip J. Trenchak, Esq. |
| 300 S. Fourth Street #1500 | 1614 S. Maryland Pkwy |
| Las Vegas. NV 89101 | Las Vegas, NV 89104 |
| Attorney for Defendants | Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2021