PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNON STAHL, an individual, SEAN PAGE, an individual,

    Plaintiffs,

vs.

THE PRIMADONNA COMPANY, LLC, dba PRIMM VALLEY RESORT AND CASINO,

    Defendants.

CASE NO.: 2:20-cv-01952-GMN-DJA

**PROPOSED STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

COMES NOW, Plaintiffs SHANNON STAHL AND SEAN PAGE, individuals ("Plaintiffs") and Defendant THE PRIMADONNA COMPANY, LLC, dba PRIMM VALLEY RESPORT AND CASINO ("Defendant"), and hereby stipulate and agree dismiss this action with prejudice,

///

///

///

1

with each party to pay their own attorney fees and costs of litigation.

Dated this 24th day of June, 2021.

| | |
|---|---|
| **MULLINS & TRENCHAK, ATTORNEYS AT LAW** | **FISHER & PHILLIPS, LLP** |
| /s/ Philip J. Trenchak_____ | /s/ Scott M. Mahoney_____ |
| Philip J. Trenchak, Esq. | Scott M. Mahoney, Esq |
| Nevada Bar No. 9924 | Nevada State Bar No. 13181 |
| 1614 S. Maryland Pkwy. | 300 South Fourth Street, Suite 1500 |
| Las Vegas, NV 89104 | Las Vegas, NV 89101 |
| *Attorney for Plaintiffs* | Telephone: (702) 252-3131 |
| | smahoney@fisherphillips.com |
| | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

Dated this 29 day of June, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court